CHAS. BRYANT, ETC., *v.* W. T. OWEN, TRUSTEE, ETC.

**Tenancy in Common—Devise to Husband and Wife—Survivorship.**

Where any real estate is devised to husband and wife there is no mutual right to the entirety by survivorship between them; but they shall take as tenants in common, unless a right of survivorship is expressly provided for and the respective moities is subject to curtesy or dower.

February 20, 1872.

APPEAL FROM DAVIESS CIRCUIT COURT.

OPINION OF THE COURT BY JUDGE PETERS:

*Sec.* 14, *Art.* 4, *Chap.* 47, 2 *S. R. S., p.* 27, Provides that where any real estate, or slave is conveyed, or devised to husband and wife (unless a right of survivorship is expressly provided for),

there shall be no mutual right to them entirely by survivorship between them; but they shall take as tenants in common, and the respective moities be subject to curtesy, or dower, with all other incidents to such a tenancy.

The conveyance to Bryant and wife was made in 1865, and contains no provision for the right of survivorship, consequently under that deed they took as tenants in common, and Charles Bryant's portion of the land was subject to the payment of his debts, and his deed to Stinnett and others was properly adjudged fraudulent as to appellee who was a prior creditor.

Wherefore, the judgment is *affirmed.*

*G. W. Ray, for appellants.*

*Owen, for appellee.*